IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID A. DYKE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV177 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY'S IMPLEMENT, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to reschedule and extend pretrial deadlines (Filing No. 64). For good cause shown,

IT IS ORDERED:

1) Defendant's motion to reschedule the trial and to extend the pretrial deadlines is granted. This matter is stayed pending conclusion of the appeals currently before the Nebraska Supreme Court.

2) The parties shall file a status report on or before September 1, 2005, and every thirty (30) days thereafter, concerning the pending appeals.

DATED this 28th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court