IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID A. DYKE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV177 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY'S IMPLEMENT, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after notice that mediation of the cases pending in Morrill County were not resolved and are scheduled for trial in mid-2007. Accordingly,

IT IS ORDERED a scheduling conference in this action is set for:

**Wednesday, December 13, 2006, at 9 a.m.**

in the chambers of the undersigned, Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties may participate by telephone by notifying Judge Strom's office, (402) 661-7320, prior to said conference.

DATED this 21st day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court