IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DAVID A. DYKE,                )
                              )
          Plaintiff,          )         8:04CV177
                              )
     v.                       )
                              )
GARY'S IMPLEMENT, INC.,       )         ORDER
                              )
          Defendant.          )
_____)
```

IT IS ORDERED that the parties shall file a report as to the status of this case on or before September 11, 2009.

DATED this 2nd day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
      LYLE E. STROM, Senior Judge
      United States District Court