IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DAVID A. DYKE,                )
                              )
            Plaintiff,        )         8:04CV177
                              )
      v.                      )
                              )
GARY'S IMPLEMENT, INC.,       )         ORDER
                              )
            Defendant.        )
_____)
```

IT IS ORDERED that the parties shall file a report as to the status of this case on or before July 23, 2010.

DATED this 1st day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court