IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID A. DYKE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV177 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY'S IMPLEMENT, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation for dismissal (Filing No. 84). Pursuant thereto,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed, without prejudice, each party to pay its own costs.

DATED this 6th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court